IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE ADIE HARVEY, | No. C 11-06232 SBA (PR) |
| Petitioner, | **ORDER** |
| v. | |
| G. SWARTHOUT, Warden, | |
| Respondent. | |

Petitioner, a state prisoner, filed the present petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petition is deemed submitted on the papers.

Before the Court is Petitioner's motion entitled, "Motion of Inquiry," in which he requests the Court to inform him of the status of his petition and to "grant judgment [for] Petitioner." (Pet'r Mot. at 1.) The Court construes his motion as a request for expedited treatment of the present petition. His request (Docket No. 9) is DENIED. The Court will review the merits of the petition in a separate written Order in due course.

This Order terminates Docket No. 9.

IT IS SO ORDERED.

DATED:  9/23/2013

SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\HC.11\Harvey6232.status.wpd